UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LESLIE OSTRANDER | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:18-cv-174-DJH |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
| | ) |
| DEFENDANT | ) |
| | ) |
| | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Cigna Life Insurance Company of New York, incorrectly named in Plaintiff's Complaint as Life Insurance Company of North America, by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, at Louisville, and states as follows:

1. On or about January 30, 2018, the Complaint in Case No. 18-CI-00622 was filed in Jefferson Circuit Court by Plaintiff against Defendant. The Summons, along with the Complaint, was served by Secretary of State on or about February 28, 2018 by Defendants. A copy of the Summons and Complaint, is attached hereto as Exhibit A and constitutes all process, pleadings and orders served to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for disability benefits pursuant to an employee welfare benefit plan, specifically a short-term and long-term disability plan established by Plaintiff's employer. Plaintiff claims that he is entitled to disability benefits under the plan.

## FEDERAL QUESTION JURISDICTION

4. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, et seq. In the Complaint, Plaintiff explicitly seeks benefits provided under an employee disability benefit plan, including a group insurance policy NYK 0960205, which insures long-term disability benefits under an employee benefit plan established and maintained by her employer, Party City Holdings, Inc. (Cmplt., ¶5).

5. ERISA preempts Plaintiff's state law claims and causes of action and provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries, 29 U.S.C. §§ 1132 and 1144. Therefore, Plaintiff's claims are removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor,* 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendant, Cigna Life Insurance Company of New York hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville.

>Respectfully submitted,
>
>/s/ Mitzi D. Wyrick
>Mitzi D. Wyrick
>David A. Calhoun
>WYATT, TARRANT & COMBS, LLP
>500 West Jefferson Street
>Suite 2800
>Louisville, KY  40202-2898
>502.589.5235

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 20TH day of March, 2018 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System.  The undersigned further certifies a copy of same was served this 20TH day of March, 2018 upon:

Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
***Counsel for Plaintiff***

>/s/ Mitzi D. Wyrick
>Mitzi D. Wyrick

61717964.1