UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LESLIE OSTRANDER | ) ) |
| PLAINTIFF | ) ) |
| v. | ) ) CIVIL ACTION NO. 3:18-cv-00174-DJH-RSE |
| CIGNA GROUP INSURANCE a/k/a LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) ) |
| DEFENDANT | ) ) ) |

**AGREED ORDER DISMISSING**

Plaintiff, Leslie Ostrander, and Defendant, Cigna Life Insurance Company of New York, incorrectly named in Plaintiff's Complaint as Life Insurance Company of North America[1] (hereinafter "CLICNY"), having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

---

[1] Cigna Group Insurance is not a proper defendant as it is a service mark only and is not a legal entity.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert A. Florio w/permission by M. Wyrick<br>Robert A. Florio<br>1500 Story Avenue<br>Louisville, KY  40206<br><br>***Attorney for Plaintiff*** | /s/ Mitzi D. Wyrick<br>Mitzi D. Wyrick<br>David A. Calhoun<br>WYATT, TARRANT & COMBS, LLP<br>500 West Jefferson Street<br>Suite 2800<br>Louisville, KY  40202-2898<br>502.589.5235<br><br>***Counsel for Defendant*** |

61764431.1

2