UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LESLIE OSTRANDER,                                                                       Plaintiff,

v.                                                                   Civil Action No. 3:18-cv-174-DJH-RSE

CIGNA GROUP INSURANCE,                                                                  Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

September 10, 2018

**David J. Hale, Judge**
**United States District Court**